[No. 6699-1.  Division One.  July 9, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY ALDERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 8742, Dennis J. Britt, J., entered May 25, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and Dore, J.

[No. 6707-1.  Division One.  July 9, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MARK TUGGLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82636, Norman B. Ackley, J., entered June 2, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and Dore, J.

[No. 6785-1.  Division One.  July 9, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85489, Carolyn R. Dimmick, J., entered July 10, 1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by Dore and Ringold, JJ.